# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
JUL 2 2 2007
Michael N. Milby Clerk

UNITED STATES OF AMERICA
V.

| | | | |
|---|---|---|---|
| Myrna CISNEROS | PRINCIPAL | | United States Citizen |
| A94 940 070 | YOB: | 1977 | |
| Maria Martha CISNEROS | CO-PRINCIPAL | | United States Citizen |
| A94 940 069 | YOB: | 1944 | |
| Andres MARTINEZ-Granados | CO-PRINCIPAL | | the United Mexican States |
| A94 940 068 | YOB: | 1982 | |

## CRIMINAL COMPLAINT

Case Number:

M-07-3680-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 20, 2007__ in __Starr__ County, in the __Southern__ District of __Texas__ defendants(s) did,

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Ismael SANTILLAN-Castaneda and Edgar Eduardo RAMIREZ-Ramirez citizens and nationals of the United Mexican States and one (1) other citizen and national of the United Mexican States for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas.

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__  FELONY

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 20, 2006, Border Patrol Agent Robert A. Chapa was assigned to line watch duties near Roma, Texas. At approximately 1230 hours, Agent Chapa was patrolling Highway 83 near Roma, Texas. This area is a notorious corridor for smugglers attempting to further the entry of illegal aliens. Agent Chapa observed a white Chevrolet Tahoe covered with mud and tinted windows traveling east on U.S. Highway 83 near Roma, Texas. As Agent Chapa got closer to the Chevrolet Tahoe, the driver made two abrupt lane switches. The driver then exited the highway and parked outside a restaurant. Agent Chapa approched the vehicle to perform an immigration inspection on the driver and its passengers. The inspection revealed that the driver and one occupant were United States citenzens and four more occupants were illegally in the United States. Three (3) Principals were apprehended and two (2) of the Undocumented Aliens were held as Material Witnesses. The Material Witnesse made sworn statements regarding the Principals' involment in the smuggling scheme.
SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

_____
Signature of Complainant

Jorge A. Granado   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 22, 2007   9:05 am   at   McAllen, Texas
Date                                               City and State

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-07-3680-M

| | | |
|---|---|---|
| RE: | Myrna CISNEROS | A94 940 070 |
| | Maria Martha CISNEROS | A94 940 069 |
| | Andres MARTINEZ-Granados | A94 940 068 |

**CONTINUATION:**

Miranda Rights were given to each individual identified below as per Service Form I-214 and I-215B.

**PRINCIPAL STATEMENT:** Maria Martha Cisneros provided some information on the location of a stash house which resulted in the arrest of thirty-two (32) more illegal aliens. She said that that was the house where she and her daughter had intended to deliver the aliens they were transporting. She also stated to SBPA Norberto A. Gonzalez that she had been taken there by a young man that had approached her and her daughter to pick up the illegals for which they had been arrested.

**CO-PRINCIPAL STATEMENT:** Myrna Cisneros, the driver of the vehicle, and Andres MARTINEZ-Granados, the foot guide, did not make any statments.

**MATERIAL WITNESS # 1** Ismael SANTILLAN-Castaneda stated that his friend took him to a Hotel in Miguel Aleman, Tamaulipas where he met the guide who would help him enter the United States illegally. He stated that he was to pay $1,200.00 U.S. Dollars to be smuggled into the United States. He identified the guide, Andres MARTINEZ-Granados by pointing at him. Mr. SANTILLAN stated that after they made their illegal entry into the United States, they walked for about 10 minutes and then waited by the side of a road for about three minures until the white vehicle stopped by their location and the guide told them to get inside. Mr. SANTILLAN stated that inside the vehicle were two ladies later identified as Maria Martha CISNEROS and Myrna CISNEROS, the driver. He also identified them by pointing at them.

**MATERIAL WITNESS # 2** Edgar Eduardo RAMIREZ-Ramirez stated that his sister told him to go to downtown Miguel Aleman, Tamaulipas and look for a smuggler by the name of "El Nono". Mr. RAMIREZ stated that after he found the smuggler, the smuggler gave him instructions on how to reach the river and also told him that a guide was going to be there to guide him across the river. RAMIREZ pointed at Andres MARTINEZ-Granados as the guide who helped him crossed the river into the United States. RAMIREZ also stated that after they entered the United States illegally they waited in the brush until a white truck arrived. He also pointed at Myrna CISNEROS as being the driver of the truck.